# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**THADDEUS M. LIETZ,**
       **Plaintiff,**

       **v.**                                    **Case No. 13-CV-1452**

**MARK G. SCHROEDER,**
**MARK McGINNIS,**
**CARRIE SCHNIEDER, and**
**NICHOLAS BOHLZ,**
       **Defendants,**

---

## ORDER

On December 30, 2013, plaintiff Thaddeus M. Lietz filed a pro se complaint under 42 U.S.C. § 1983, along with a motion for leave to proceed in forma pauperis. Because plaintiff is incarcerated and seeks redress from a governmental entity, the Prison Litigation Reform Act applies to this case. See 28 U.S.C. § 1915A. Plaintiff did not provide a certified copy of his prison trust account statement for the six months prior to filing his complaint, which is necessary for the Court to calculate the plaintiff's initial partial filing fee.

**THEREFORE, IT IS ORDERED** that plaintiff shall file a certified copy of his prison trust account statement for the six motions prior to the filing of his complaint on or before Friday, February 21, 2014. Failure to submit the trust account statement will result in the denial of his motion for leave to proceed in forma pauperis.

Dated at Milwaukee, Wisconsin, this 31st day of January, 2014.

                                s/ Lynn Adelman

                                _____
                                LYNN ADELMAN
                                District Judge